11 F.3d 169
 Bozcar (Linda M., M.D.), Obstetrics/Gynecology Women's Group, Inc.
v.
Manatee Hospitals & Health Systems, Inc., d/b/a Manatee
Memorial Hospital, Babtist Hospitals and Health Systems,
Kaleba (Richard), Raitz (Raymond L., M.D.), McDonald
(Donna), Ganey (James N., M.D.), Derespino (James, M.D.)
 NO. 91-4103
 United States Court of Appeals,
Eleventh Circuit.
 Dec 06, 1993
 M.D.Fla., 993 F.2d 1514
 
 1
 DENIALS OF REHEARING EN BANC.